James D. Litchfield, Federal Prison Camp, Millington, TN, for Defendant–Appellant.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

James D. Litchfield appeals the district court's denial of his motion for return of property. In his February 2004 motion Litchfield alleged that, incident to his March 18, 2003 arrest, Drug Enforcement Administration (DEA) agents seized $3,222 in cash from him. He argued that the cash should be returned because it was no longer needed as evidence and it was not the proceeds of any illegal activity or crime, but rather it represented wages from employment. The government responded that Litchfield's motion should be dismissed because the cash had been administratively forfeited. The district court summarily denied Litchfield's motion. Litchfield timely moved for reconsideration, but the district court denied reconsideration as well. In both his response to the government and in his motion for reconsideration, Litchfield questioned the adequacy of the government's service of forfeiture papers. We interpret this as a due process challenge.

Although the district court could not review the merits of the administrative forfeiture, see *Muhammed v. DEA*, 92 F.3d 648, 651 (8th Cir.1996) (courts may not review merits of forfeiture), the court could consider a due process attack on the administrative forfeiture, see *United States v. Woodall*, 12 F.3d 791, 793–94 (8th Cir. 1993), *abrogated in non-pertinent part by Dusenbery v. United States*, 534 U.S. 161, 172–73 & n. 3, 122 S.Ct. 694, 151 L.Ed.2d 597 (2002). Accordingly, we reverse and remand for consideration of Litchfield's due process challenge. We also deny Litchfield's motion to supplement his reply brief.

George BROWN, Jr., Appellant,

v.

Gary KEMPKER, Appellee.

No. 04–2218.

United States Court of Appeals, Eighth Circuit.

Submitted March 1, 2005.

Decided March 4, 2005.

George Brown, Jr., Central Missouri Correctional Center, Jefferson City, MO, pro se.

Virginia Hurtubise Murray, Attorney General's Office, Jefferson City, MO, for Defendant–Appellee.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

In this appeal after remand, George Brown, Jr. challenges the district court's [1] adverse grant of summary judgment and denial of leave to amend in his 42 U.S.C. § 1983 action in which he brought a claim of retaliation. Upon careful de novo review, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004), we conclude the district court properly granted summary judgment because there was no evidence that defendant Gary Kempker was personally involved in the alleged retaliation or was made aware that Mr. Brown was raising complaints of retaliation by prison staff. *See McDowell v. Jones*, 990 F.2d 433, 435 (8th Cir.1993). We also conclude that the denial of Mr. Brown's motion for leave to amend was not an abuse of discretion.

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.